### WHITE *v.* EVANS *et al.*

RUSSELL, Chief Justice. 1. The petition set forth a cause of action, and the court did not err in overruling the demurrer.

2. The assignment of error complaining of the court's refusal to dissolve the interlocutory injunction is without merit.

*Judgment affirmed. All the Justices concur.*

No. 10549. AUGUST 9, 1935.

*Joseph B. McGinty,* for plaintiff in error.  *J. T. Sisk,* contra.